Opinion issued August 6, 2020



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00442-CV

————————————

**RONALD EVANS, DDS, PLLC AND RONALD EVANS, Appellants**

**V.**

**ELEVEN ELEVEN HOLDINGS, LLC, RODRICK SMITH, AND JUSTIN BERNARD, Appellees**

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Case No. 2018-31720

## MEMORANDUM OPINION

Appellants, Ronald Evans, DDS, PLLC and Ronald Evans, have filed a motion to dismiss this appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). Appellees have not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Kelly, and Landau.